FIRST DEPARTMENT, JUNE, 1992

(June 1, 1992)

■ In the Matter of J. NICHOLAS TLAGA, an Attorney.—Motion to reopen proceeding for further consideration, and for other relief, denied with leave to renew upon a showing of cooperation with the Departmental Disciplinary Committee, before whom respondent is directed to appear within 30 days from the date of entry of this Court's order, all as indicated. Concur—Murphy, P. J., Milonas, Kupferman, Smith and Rubin, JJ.

(June 2, 1992)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO CUTANDA, Appellant.—Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on October 30, 1990, convicting defendant, after a jury trial, of criminal possession of stolen property in the fourth degree and unauthorized use of a vehicle in the third degree, and sentencing him, as a second felony offender, to concurrent prison terms of 2 to 4 years and 1 year, respectively, unanimously affirmed.

The trial court erred in precluding defendant from eliciting any testimony regarding Carmen Soto's statements to him since the testimony was offered merely to suggest that defendant did not know the car was stolen (Richardson, Evidence §§ 203, 205 [Prince 10th ed]; *People v Ricco,* 56 NY2d 320). However, the error was harmless since the substance of such statements was in any event presented to the jury, and the evidence of defendant's guilt was overwhelming *(People v Valentin,* 130 AD2d 529). Concur—Murphy, P. J., Ellerin, Kupferman, Ross and Rubin, JJ.